# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137292

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GERALD L. HAYCOCK, ANN M. HAYCOCK,
W. GREGG SLAGER, and SUE A. SLAGER,
      Plaintiffs-Appellees,

v

RAY BOOMER, BARBARA BOOMER, and
STEPHEN BOOMER,
      Defendants-Appellants,

and

CITY OF NORTON SHORES, STATE
TREASURER, DEPARTMENT OF
TRANSPORTATION, DEPARTMENT OF
NATURAL RESOURCES, LESLIE TOTH,
PETER TOTH, MICHAEL TOMASZCKYK,
MARIE TOMASZCKYK, MICHAEL
CERMINARO, CONNIE CERMINARO,
FREDERICK C. ANDERSON II, RONALD
ZUKER, VICKI ZUKER, GEORGIA JOHNSON,
CITY OF MUSKEGON HEIGHTS, MUSKEGON
COUNTY DRAIN COMMISSION, GTE NORTH,
INC., TCI CABLEVISION OF MICHIGAN, and
MICHIGAN STATE TRANSPORT,
      Defendants.
_____/

SC: 137292
COA: 283982
Muskegon CC: 03-042681-CH

On order of the Court, the application for leave to appeal the August 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk